KMC #1753

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| IN RE: | |
|---|---|
| SIDNEY W HAUKAAS<br>SALLY J HAUKAAS<br>　　　　Debtor(s) | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**<br><br>**CASE NO. BKY 04-35153 DDO** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Jay Jewelry Inc. in the amount of $6.04, were unclaimed.

**CREDITOR:**
Jay Jewelry Inc.
PO Box 59769
Birmingham AL 35259-9769

**CLAIM NUMBER:**
18

**AMOUNT:**
$6.04

**ACCOUNT NUMBER:**
38050

RECEIVED 10 FEB -1 PM 12:01 U.S. BANKRUPTCY COURT ST. PAUL, MN

**Jasmine Z. Keller, Trustee**

Dated: January 29, 2010

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee